# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 10-5014                     September Term 2011

1:04-cv-02009-ESH-JMF

**Filed On:** September 13, 2011

Wilfred Samuel Rattigan,

      Appellee

      v.

Eric H. Holder, Jr., Attorney General, United
States Department of Justice,

      Appellant


**BEFORE:**    Sentelle, Chief Judge, and Ginsburg, Henderson, Rogers, Tatel, Garland, Brown, Griffith, and Kavanaugh, Circuit Judges


## O R D E R

Upon consideration of the petition for rehearing en banc and the response thereto, and order setting this matter for panel rehearing, it is

**ORDERED** that the petition be dismissed as moot. A new period for petitioning for en banc review will begin to run following entry of a new panel judgment.

### Per Curiam


            **FOR THE COURT:**
            Mark J. Langer, Clerk

      BY:   /s/
            Michael C. McGrail
            Deputy Clerk